IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MATTHEW CURTIS KING,

    *Plaintiff*,

v.                                       Case No.: 5:25cv239-MW/MJF

AUTUMN MILLER, et al.,

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. Plaintiff's motion for extension to re-apply to proceed *in forma pauperis*, ECF No. 6, is **DENIED**. The Clerk shall enter judgment stating, "This action is **DISMISSED without prejudice** based on Plaintiff's failure to pay the filing fee and failure to comply with Court Orders." The Clerk shall close the file.

**SO ORDERED on December 5, 2025.**

                                               *s/Mark E. Walker*
                                               **United States District Judge**